## Von Koeckritz, Appellant, *v.* Robert Rotelle, Inc.

Submitted September 9, 1969. *Sidney L. Weinstein, Stanley Lebofsky,* and

*Weinstein & Leonard,* for appellant; *James J. McEldrew,* and *Cole, McEldrew, Hanamirian & McWilliams,* for appellee.

Order affirmed.